# United States District Court

WESTERN DISTRICT OF WASHINGTON

Danny Paul Lange

JUDGMENT IN A CIVIL CASE

v.

Michael J. Astrue

CASE NUMBER: C07-5650FDB-KLS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1.  That the Court adopts the Report and Recommendation.

2.  That the ALJ erred in his decision as described in the report.

3.  That the matter is therefore REVERSED and remanded to the Commissioner for further administrative proceedings.


November 13, 2008            BRUCE RIFKIN
                                               Clerk

                                               Jennie L. Patton
                                               Deputy Clerk